# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MICHAEL C TIERNEY,

    Plaintiff,

v.                         CASE NO. 1:14-cv-00042-MP-GRJ

JOHN P JOHNSTON, UNKNOWN NURSE, UNKNOWN PSYCHOLOGIST, UNKNOWN SECURITY GUARD,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 27, 2014. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 6. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted and this case dismissed pursuant to the 28 U.S.C § 1915(g) three-strikes bar.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice.

**DONE AND ORDERED** this _9th_ day of May, 2014

                              *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge